# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00668-CR

### Ex parte Judy Stailey

---

**FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY**
**NO. C-1 -CR-19-100035, THE HONORABLE CHUCK MILLER, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due October 21, 2019. On counsel's motion, the time for filing was extended to November 20, 2019. Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than December 20, 2019. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on November 27, 2019.

Before Chief Justice Rose, Justices Triana and Smith

Do Not Publish